IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAFDAR NEIL LILAK,

    Defendant.

___

**ORDER**
___

THIS MATTER is before the Court upon review of the file. Based on the review, it is

ORDERED that a three day jury trial is set to commence on **Monday**, **February 4**, **2013**, **at 9:00 a.m. in Courtroom A-1002**. To ensure that all pre-trial phases of the case are complete before commencement of the jury trial, it is

ORDERED that all pre-trial motions shall be filed **on or before Monday**, **January 14**, **2013**, and responses to these motions shall be filed **on or before Tuesday**, **January 22**, **2013**. It is

FURTHER ORDERED that a hearing on all pending motions, if any, and a final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact chambers.

Dated: November 30, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge