IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00454-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SAFDAR NEIL LILAK,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, SAFDAR NEIL LILAK, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Florence ADMAX SCP, Florence, Colorado, on July 31, 2013, by 12 noon. Travel will be at his own expense.

    DATED at Denver, Colorado, this 11th day of July, 2013.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        Senior United States District Judge